# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cherry, Molly H. | U.S. District Court, District of South Carolina | 07/02/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court, District of South Carolina
85 Broad Street
Charleston, South Carolina 29401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member | Presidential Advisory Council, Wofford College |
| 2. | Board member | International Association of Defense Counsel |
| 3. | Board member | South Carolina Society for Human Resources Management |
| 4. | Immediate past president/board member | South Carolina Women Lawyers Association |
| 5. | Fellow | Liberty Fellowship |
| 6. | Member | Nexsen Pruet, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/18-6/20 | Operating Agreement between Mary H. Cherry, as a member, and Nexsen Pruet, LLC: income earned as of 6/30/2020 |
| 2. 7/20 -8/20 | Operating Agreement between Mary H. Cherry, as a former member, and Nexsen Pruet, LLC: due capital balance, minus amounts due, and earned income |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 6/30/20 | Income from law firm, Nexsen Pruet, LLC | $170,000.00 |
| 2. 8/20 | Buy-out and final payment from law firm, Nexsen Pruet, LLC | $77,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Wages from employer, South Carolina Sports Medicine |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cherry, Molly H.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  401 K, Fidelity | | | | | | | | | |
| 2.  31617E877/MIP CL2 | A | Dividend | K | T | | | | | |
| 3.  FADMX FID Strategic Income | C | Dividend | M | T | | | | | |
| 4.  FIWTX FID FDM IDX 2020 IPR | B | Dividend | L | T | | | | | |
| 5.  FKIDX FID DIVERSFD INTL K6 | E | Dividend | M | T | | | | | |
| 6.  FSPX FID INTL INDEX | D | Dividend | L | T | | | | | |
| 7.  FXAIX FID 500 INDEX | F | Dividend | M | T | | | | | |
| 8.  MLRSX MS W LARGE CAP GR R6 | F | Dividend | N | T | | | | | |
| 9.  PMEGX TRP IS MID CP EQ GR | F | Dividend | M | T | | | | | |
| 10. PRVIX TRPSM CAP VALUE I | F | Dividend | N | T | | | | | |
| 11. VUSXX VANG TREASURY MM | F | Dividend | L | T | | | | | |
| 12. SPAXX Fidelity Government Money Market | A | Dividend | J | T | | | | | |
| 13. Fidelity MMKT Premium Class | A | Dividend | L | T | | | | | |
| 14. American Balanced A | A | Interest | J | T | Buy | 06/17/20 | J | | |
| 15. | A | Dividend | | | Sold<br>(part) | 09/23/20 | J | | |
| 16. American Bond Fund of Amer A | A | Interest | J | T | Buy<br>(add'l) | 06/17/20 | J | | |
| 17. | A | Dividend | | | Sold<br>(part) | 09/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cherry, Molly H.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  American Cap Inc Builder | A | Dividend | J | T | Sold (part) | 09/23/20 | K | A | |
| 19.  American Invest Co of Amer | A | Dividend | J | T | Sold (part) | 09/23/20 | J | A | |
| 20.  American New World A | A | Dividend | J | T | Buy (add'l) | 06/17/20 | J | | |
| 21. | A | Dividend | | | Sold (part) | 09/23/20 | J | A | |
| 22.  American Cap WRLD GRW & INC A | A | Dividend | J | T | | | | | |
| 23.  American High-Income Trust A | A | Dividend | J | T | Buy (add'l) | 06/17/20 | J | | |
| 24.  American Inc Fund of Amer A | A | Dividend | J | T | Sold (part) | 09/23/20 | J | A | |
| 25.  American Int Bd Fd of Amer A | A | Interest | J | T | Sold (part) | 09/23/20 | J | A | |
| 26.  American Mutual A | A | Dividend | J | T | Buy (add'l) | 06/17/20 | J | | |
| 27.  American New Perspetive A | A | Dividend | J | T | Buy (add'l) | 06/17/20 | J | | |
| 28.  Small Cap World Fund | A | Dividend | J | T | Buy | 06/17/20 | J | | |
| 29. | A | Dividend | | | Sold (part) | 09/23/20 | J | A | |
| 30.  Fidelity savings, cash equivalent | A | Interest | J | T | | | | | |
| 31.  3M COMPANY | A | Dividend | J | T | | | | | |
| 32.  ABBVIE INCORPORATED | A | Dividend | J | T | | | | | |
| 33.  AES CORPORATION | A | Dividend | J | T | | | | | |
| 34.  ALLIANZ SE UNSPONSRD ADS | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ALTRIA GROUP INCORPORATED | A | Dividend | J | T | | | | | |
| 36. AMEREN CORPORATION | A | Dividend | J | T | | | | | |
| 37. AMERICAN ELEC PWR COMPANY INCORPORATED | A | Dividend | J | T | | | | | |
| 38. AMERICAN TOWER CORPORATION NEW REIT | A | Dividend | J | T | | | | | |
| 39. AMGEN INCORPORATED | A | Dividend | J | T | | | | | |
| 40. ANALOG DEVICES INCORPORATED | A | Dividend | J | T | | | | | |
| 41. APPLE INCORPORATED | A | Dividend | J | T | Sold (part) | 12/31/20 | J | A | |
| 42. ASTRAZENECA PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 43. AT&T INCORPORATED | A | Dividend | J | T | | | | | |
| 44. ATLANTICA SUSTAINABLE INFR PLC SHS (UNITED KINGDOM) | A | Dividend | J | T | | | | | |
| 45. ATLAS COPCO AB SP ADR A NEW (SWEDEN) | A | Dividend | | | Sold | 07/07/20 | J | A | |
| 46. AXA SA SPONSORED ADR (FRANCE) | A | Dividend | | | Sold (part) | 03/10/20 | J | A | |
| 47. | A | Dividend | | | Sold (part) | 05/27/20 | J | A | |
| 48. | A | Dividend | | | Sold | 07/07/20 | J | A | |
| 49. AXIS CAPITAL HOLDINGS LIMITED SHS (BERMUDA) | A | Dividend | J | T | | | | | |
| 50. BAE SYSTEMS PLC SPONSORED ADR | A | Dividend | J | T | Sold (part) | 06/25/20 | J | A | |
| 51. BASF SE SPONSORED ADR (GERMANY) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cherry, Molly H.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. BAYER AG SPONSORED ADR (GERMANY) | A | Dividend | J | T | | | | | |
| 53. BCE INCORPORATED COM NEW (CANADA) | A | Dividend | J | T | | | | | |
| 54. BLACK HILLS CORPORATION | A | Dividend | J | T | | | | | |
| 55. BLACKROCK INCORPORATED | A | Dividend | J | T | | | | | |
| 56. BRISTOL-MYERS SQUIBB COMPANY | A | Dividend | J | T | | | | | |
| 57. BRITISH AMERN TOB PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 58. BROADCOM INCORPORATED | A | Dividend | J | T | | | | | |
| 59. CANADIAN IMP BK COMM (CANADA) | A | Dividend | J | T | | | | | |
| 60. CHEVRON CORPORATION NEW | A | Dividend | J | T | | | | | |
| 61. CHUBB LIMITED (SWITZERLAND) | A | Dividend | J | T | | | | | |
| 62. Cinemark Holdings, Inc. | A | Dividend | | | Sold | 02/27/20 | J | A | |
| 63. CISCO SYSTEMS INCORPORATED | A | Dividend | J | T | | | | | |
| 64. CME GROUP INCORPORATED | A | Dividend | J | T | | | | | |
| 65. CNA FINL CORPORATION | A | Dividend | J | T | | | | | |
| 66. COCA COLA COMPANY | A | Dividend | J | T | Sold (part) | 11/17/20 | J | A | |
| 67. COCA COLA EUROPEAN PARTNERS P SHS (UNITED KINGDOM) | A | Dividend | J | T | | | | | |
| 68. COMCAST CORPORATION NEW CLASS A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. CORNING INCORPORATED | A | Dividend | J | T | | | | | |
| 70. Crown Castle International | A | Dividend | J | T | Buy | 09/23/20 | J | | |
| 71. | A | Dividend | | | Buy | 11/17/20 | J | | |
| 72. CSG SYSTEMS INTERNATIONAL INCORPORATED | A | Dividend | J | T | | | | | |
| 73. DANONE SPONSORED ADR (FRANCE) | A | Dividend | J | T | | | | | |
| 74. DEUTSCHE POST AG SPONSORED ADR (GERMANY) | A | Dividend | | | Sold | 03/11/20 | J | A | |
| 75. DEUTSCHE TELEKOM AG SPONSORED ADS (GERMANY) | A | Dividend | J | T | | | | | |
| 76. DOMINION ENERGY INCORPORATED | A | Dividend | J | T | Sold (part) | 11/03/20 | J | A | |
| 77. DOW INCORPORATED | A | Dividend | J | T | | | | | |
| 78. DUKE ENERGY CORPORATION NEW COM NEW | A | Dividend | J | T | | | | | |
| 79. EATON CORPORATION PLC SHS (IRELAND) | A | Dividend | J | T | | | | | |
| 80. EMERSON ELEC COMPANY | A | Dividend | J | T | Sold (part) | 08/19/20 | J | A | |
| 81. | A | Dividend | | | Sold (part) | 12/28/20 | J | A | |
| 82. ENBRIDGE INCORPORATED (CANADA) | A | Dividend | J | T | | | | | |
| 83. ENTERGY CORPORATION NEW | A | Dividend | J | T | Sold (part) | 02/25/20 | J | A | |
| 84. EVERGY INCORPORATED | A | Dividend | J | T | | | | | |
| 85. EXXON MOBIL CORPORATION | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FIDELITY NATIONAL FINANCIAL IN FNF GROUP COM | A | Dividend | J | T | | | | | |
| 87. FIRSTENERGY CORPORATION | A | Dividend | | | Sold (part) | 02/25/20 | J | A | |
| 88. | A | Dividend | | | Sold | 06/24/20 | J | A | |
| 89. FORTIS INCORPORATED (CANADA) | A | Dividend | J | T | | | | | |
| 90. GENERAL DYNAMICS CORPORATION | A | Dividend | J | T | | | | | |
| 91. General MLS Inc. | A | Dividend | J | T | Buy | 10/01/20 | J | | |
| 92. | A | Dividend | | | Buy (add'l) | 11/17/20 | J | | |
| 93. GENUINE PARTS COMPANY | A | Dividend | J | T | | | | | |
| 94. GILEAD SCIENCES INCORPORATED | A | Dividend | J | T | Sold (part) | 04/17/20 | J | A | |
| 95. | A | Dividend | | | Buy (add'l) | 09/02/20 | J | | |
| 96. GLAXOSMITHKLINE PLC SPONSORED ADR | A | Dividend | J | T | Sold (part) | 11/17/20 | J | A | |
| 97. HANESBRANDS INCORPORATED | A | Dividend | J | T | | | | | |
| 98. HASBRO INCORPORATED | A | Dividend | J | T | | | | | |
| 99. HOME DEPOT INCORPORATED | A | Dividend | J | T | | | | | |
| 100. HUNTINGTON BANCSHARES INCORPORATED | A | Dividend | J | T | | | | | |
| 101. IDACORP INCORPORATED | A | Dividend | J | T | | | | | |
| 102. ILLINOIS TOOL WKS INCORPORATED | A | Dividend | | | Sold (part) | 03/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | A | Dividend | | | Sold | 03/25/20 | J | A | |
| 104. Insperity Corp. | A | Dividend | J | T | Buy | 09/17/20 | J | | |
| 105. | A | Dividend | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 106. INTEL CORPORATION | A | Dividend | J | T | Sold<br>(part) | 03/24/20 | J | A | |
| 107. INTERNATIONAL BUSINESS<br>MACHINES | A | Dividend | J | T | | | | | |
| 108. INTERPUBLIC GROUP COMPANIES<br>INCORPORATED | A | Dividend | J | T | | | | | |
| 109. IRON MTN INCORPORATED NEW REIT | A | Dividend | J | T | | | | | |
| 110. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 111. JPMORGAN CHASE & COMPANY | A | Dividend | J | T | | | | | |
| 112. KIMBERLY CLARK CORPORATION | A | Dividend | J | T | Buy<br>(add'l) | 11/17/20 | J | | |
| 113. KINDER MORGAN INCORPORATED<br>DEL | A | Dividend | J | T | | | | | |
| 114. KLA CORPORATION COM NEW | A | Dividend | J | T | | | | | |
| 115. LAS VEGAS SANDS CORPORATION | A | Dividend | J | T | | | | | |
| 116. LEGGETT & PLATT INCORPORATED | A | Dividend | J | T | | | | | |
| 117. LOCKHEED MARTIN CORPORATION | A | Dividend | J | T | | | | | |
| 118. LYONDELLBASELL INDUSTRIES N V<br>SHS - A - (NETHERLANDS) | A | Dividend | J | T | Sold<br>(part) | 06/09/20 | J | A | |
| 119. MACQUARIE GROUP LIMITED ADR<br>NEW (AUSTRALIA) | A | Dividend | | | Sold<br>(part) | 02/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | A | Dividend | | | Sold | 11/02/20 | J | A | |
| 121. MARATHON PETE CORPORATION | A | Dividend | J | T | | | | | |
| 122. MAXIM INTEGRATED PRODUCTS INCORPORATED | A | Dividend | | | Sold (part) | 08/27/20 | J | A | |
| 123. | A | Dividend | | | Sold | 12/28/20 | J | A | |
| 124. MCDONALDS CORPORATION | A | Dividend | J | T | Sold (part) | 07/07/20 | J | A | |
| 125. MEDTRONIC PLC SHS (IRELAND) | A | Dividend | J | T | | | | | |
| 126. MERCK & COMPANY. INCORPORATED | A | Dividend | J | T | | | | | |
| 127. METLIFE INCORPORATED | A | Dividend | J | T | | | | | |
| 128. MICHELIN COMPAGNIE GENERALE DE UNSPONSORD ADR (FRANCE) | A | Dividend | J | T | Sold (part) | 12/29/20 | J | A | |
| 129. MICROSOFT CORPORATION | A | Dividend | J | T | | | | | |
| 130. MUNICH RE GROUP UNSPONSORED ADR (GERMANY) | A | Dividend | J | T | | | | | |
| 131. NATIONAL GRID PLC SPONSORED ADR NE | A | Dividend | J | T | | | | | |
| 132. NESTLE S A SPONSORED ADR (SWITZERLAND) | A | Dividend | J | T | | | | | |
| 133. NORTONLIFELOCK INCORPORATED | A | Dividend | J | T | | | | | |
| 134. NOVARTIS AG SPONSORED ADR (SWITZERLAND) | A | Dividend | J | T | Sold (part) | 08/19/20 | J | A | |
| 135. NOVO-NORDISK A S ADR (DENMARK) | A | Dividend | | | Sold (part) | 07/07/20 | J | A | |
| 136. | A | Dividend | | | Sold | 12/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  NUTRIEN LIMITED (CANADA) | A | Dividend | J | T | | | | | |
| 138.  OMNICOM GROUP INCORPORATED | A | Dividend | | | Sold<br>(part) | 03/16/20 | J | A | |
| 139. | A | Dividend | | | Sold | 09/23/20 | J | A | |
| 140.  ORACLE CORPORATION | A | Dividend | J | T | | | | | |
| 141.  ORANGE SPONSORED ADR (FRANCE) | A | Dividend | J | T | | | | | |
| 142.  ORKLA A S SPON ADR A (NORWAY) | A | Dividend | J | T | Sold<br>(part) | 01/08/20 | J | A | |
| 143. | A | Dividend | | | Sold<br>(part) | 05/08/20 | J | A | |
| 144. | A | Dividend | | | Sold<br>(part) | 05/11/20 | J | A | |
| 145.  Occidental Pete Corp | A | Dividend | | | Sold | 02/26/20 | J | A | |
| 146.  PEPSICO INCORPORATED | A | Dividend | J | T | | | | | |
| 147.  PFIZER INCORPORATED | A | Dividend | J | T | | | | | |
| 148.  PHILIP MORRIS INTERNATIONAL<br>INCORPORATED | A | Dividend | J | T | | | | | |
| 149.  PHILLIPS 66 | A | Dividend | J | T | | | | | |
| 150.  PNC FINL SVCS GROUP<br>INCORPORATED | A | Dividend | J | T | | | | | |
| 151.  PPL CORPORATION | A | Dividend | J | T | | | | | |
| 152.  PREMIER INCORPORATED CLASS A | A | Dividend | J | T | | | | | |
| 153.  PRICE T ROWE GROUP<br>INCORPORATED | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cherry, Molly H.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. PROCTER AND GAMBLE COMPANY | A | Dividend | J | T | Sold<br>(part) | 07/07/20 | J | A | |
| 155. | A | Dividend | | | Sold<br>(part) | 12/31/20 | J | A | |
| 156. PUBLIC SVC ENTERPRISE GRP INCORPORATED | A | Dividend | J | T | | | | | |
| 157. QUALCOMM INCORPORATED | A | Dividend | J | T | | | | | |
| 158. QUEST DIAGNOSTICS INCORPORATED | A | Dividend | J | T | | | | | |
| 159. Realty Income Corp. REIT | A | Dividend | | | Sold | 02/26/20 | J | A | |
| 160. REGIONS FINANCIAL CORPORATION NEW | A | Dividend | J | T | | | | | |
| 161. RESTAURANT BRANDS INTERNATIONAL INCORPORATED | A | Dividend | J | T | | | | | |
| 162. ROCHE HLDG LIMITED SPONSORED ADR (SWITZERLAND) | A | Dividend | J | T | Sold<br>(part) | 06/25/20 | J | A | |
| 163. | A | Dividend | | | Sold<br>(part) | 08/19/20 | J | A | |
| 164. ROGERS COMMUNICATIONS INCORPORATED CLASS B (CANADA) | A | Dividend | J | T | Sold<br>(part) | 07/07/20 | J | A | |
| 165. ROYAL BK CDA (CANADA) | A | Dividend | J | T | | | | | |
| 166. SANOFI SPONSORED ADR (FRANCE) | A | Dividend | J | T | Sold<br>(part) | 06/24/20 | J | A | |
| 167. SCOR SE SPONSORED ADR (FRANCE) | A | Dividend | | | Sold<br>(part) | 11/02/20 | J | A | |
| 168. | A | Dividend | | | Sold | 11/03/20 | J | A | |
| 169. SENSIENT TECHNOLOGIES CORPORATION | A | Dividend | J | T | Sold<br>(part) | 07/07/20 | J | A | |
| 170. | A | Dividend | | | Sold<br>(part) | 12/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SIEMENS A G SPONSORED ADR (GERMANY) | A | Dividend | J | T | | | | | |
| 172. SINGAPORE EXCHANGE LIMITED UNSPONSORD ADR (SINGAPORE) | A | Dividend | J | T | | | | | |
| 173. SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 174. SPDR S&P 500 ETF | A | Dividend | J | T | Sold (part) | 03/19/20 | J | A | |
| 175. | A | Dividend | | | Sold (part) | 09/14/20 | J | A | |
| 176. TAIWAN SEMICONDUCTOR MFG LIMITED SPONSORED ADS | A | Dividend | J | T | | | | | |
| 177. TAIWAN SEMICONDUCTOR MFG LIMITED SPONSORED ADS | A | Dividend | J | T | | | | | |
| 178. TAIWAN SEMICONDUCTOR MFG LIMITED SPONSORED ADS | A | Dividend | J | T | | | | | |
| 179. TARGET CORPORATION | A | Dividend | J | T | | | | | |
| 180. TC ENERGY CORPORATION (CANADA) | A | Dividend | J | T | | | | | |
| 181. TELUS CORPORATION (CANADA) | A | Dividend | J | T | | | | | |
| 182. TERNA RETE ELETTRICA NAZIONALE UNSPONSORED ADR (ITALY) | A | Dividend | J | T | | | | | |
| 183. TEXAS INSTRS INCORPORATED | A | Dividend | J | T | | | | | |
| 184. TOKIO MARINE HOLDINGS INCORPORATED ADR (JAPAN) | A | Dividend | J | T | | | | | |
| 185. TOTAL SE SPONSORED ADS (FRANCE) | A | Dividend | J | T | | | | | |
| 186. TRUIST FINL CORPORATION | A | Dividend | J | T | | | | | |
| 187. UNILEVER PLC SPON ADR NEW (UNITED KINGDOM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cherry, Molly H.** | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. UNITED PARCEL SERVICE INCORPORATED CLASS B | A | Dividend | J | T | | | | | |
| 189. UNITEDHEALTH GROUP INCORPORATED | A | Dividend | J | T | | | | | |
| 190. US BANCORP DEL COM NEW | A | Dividend | J | T | | | | | |
| 191. VAIL RESORTS INCORPORATED | A | Dividend | J | T | Sold (part) | 03/23/20 | J | A | |
| 192. | A | Dividend | | | Sold (part) | 12/28/20 | J | A | |
| 193. VALERO ENERGY CORPORATION | A | Dividend | | | Sold (part) | 10/13/20 | J | A | |
| 194. | A | Dividend | | | Sold | 10/14/20 | J | A | |
| 195. VERIZON COMMUNICATIONS INCORPORATED | A | Dividend | J | T | | | | | |
| 196. VODAFONE GROUP PLC NEW SPONSORED ADR | A | Dividend | J | T | | | | | |
| 197. WALGREENS BOOTS ALLIANCE INCORPORATED | A | Dividend | J | T | | | | | |
| 198. WATSCO INCORPORATED | A | Dividend | J | T | | | | | |
| 199. WEC ENERGY GROUP INCORPORATED | A | Dividend | J | T | Sold (part) | 07/07/20 | J | A | |
| 200. | A | Dividend | | | Sold (part) | 12/28/20 | J | A | |
| 201. WELLTOWER INCORPORATED REIT | A | Dividend | J | T | Sold (part) | 02/25/20 | J | A | |
| 202. WILLIAMS COMPANIES INCORPORATED | A | Dividend | J | T | | | | | |
| 203. Fidelity Capital | A | Interest | L | T | | | | | |
| 204. Fidelity Contra | B | Dividend | M | T | Buy (add'l) | 12/11/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | A | Dividend | | | Sold (part) | 10/01/20 | J | A | |
| 206. | A | Dividend | | | Buy (add'l) | 03/16/20 | J | | |
| 207. Fedlity Small Cap | D | Dividend | L | T | | | | | |
| 208. Fidelity Dividend | D | Dividend | M | T | | | | | |
| 209. Fidelity Intl Dis Grwth | C | Dividend | L | T | Buy (add'l) | 12/04/20 | J | | |
| 210. Fidelity Teleco | D | Dividend | K | T | Buy (add'l) | 03/31/20 | J | | |
| 211. Fidelity Large Cap | D | Dividend | K | T | | | | | |
| 212. Fidelity New Market | A | Dividend | J | T | | | | | |
| 213. Fidelity Strategy | A | Dividend | J | T | | | | | |
| 214. Fidelity Stock Select | D | Dividend | K | T | | | | | |
| 215. Fidelity MMKT Premium Class | A | Dividend | | | Buy | 11/16/20 | O | | |
| 216. | A | Dividend | | | Sold | 11/17/20 | O | A | |
| 217. Fidelity Government Income | A | Interest | O | T | Buy | 11/17/20 | O | | |
| 218. Columbia Large Cap | B | Dividend | M | T | | | | | |
| 219. T Rowe Price | B | Dividend | L | T | | | | | |
| 220. Vanguard, 2040 Fund | C | Dividend | N | T | | | | | |
| 221. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cherry, Molly H. | 07/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cherry, Molly H.** | 07/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Molly H. Cherry

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544